**Order filed July 22, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00129-CV
_____

## VALAIDA TARRY, Appellant

## V.

## MEMORIAL HERMANN HOSPITAL, Appellee

---

### On Appeal from the Co Civil Ct at Law No 4
### Harris County, Texas
### Trial Court Cause No. 1029117

---

## O R D E R

Appellant's brief was due June 27, 2014. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **August 21, 2014**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM